

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00216-CV

**IN RE STEPHENS INC.**

Original Mandamus Proceeding[1]

### ORDER

On April 4, 2018, relator filed a petition for writ of mandamus, the real parties in interest responded, and relator replied. After reviewing the petition, the response, and the reply, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Angelica Jimenez is ORDERED, within fifteen days from the date of this order, to vacate her March 14, 2018 "Order on Plaintiffs' Motion to Compel Discovery From Stephens Inc." that compels production of the documents identified in the order. The writ will issue only if we are notified Judge Jimenez has not complied within fifteen days from the date of this order.

It is so **ORDERED** on March 27, 2019.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-05787, styled *James E. Bennett, Jr., et al. v. Roy J. Moore, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.